Heard, administrator, *v.* Kenney, guardian.

Atkinson, J. "When a man dies intestate, leaving a widow and children, the title to his realty vests in the latter, subject only to the former's right to take a child's part or have dower assigned therein; and unless it affirmatively appears that, within the time prescribed by law, she elected to take a child's part, no presumption will arise that she ever had any vested estate in fee in such realty." *Snipes* v. *Parker,* 98 *Ga.* 522 (25 S. E. 580); *Hanvy* v. *Moore,* 140 *Ga.* 691 (79 S. E. 772). Applying the principle above stated, there was no error, under uncontradicted evidence, in directing a verdict for the claimant.

*Judgment affirmed. All the Justices concur.*
April 12, 1917.

Claim. Before Judge Brand. Oconee superior court. October 6, 1916.

*J. Thomas Heard,* for plaintiff.